UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff,

    v.

GERARDO S. BLANCAS,

                  Defendant.

Case No. CR09-283-RSM

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 21, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Justin Arnold, and defendant was represented by Ralph Hurvitz. Also present was U.S. Probation Officer Sara Moore. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 15, 2010, by the Honorable Ricardo S. Martinez for Aggravated Identity Theft. He received 24 months of detention and 1 year of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated June 27, 2011, U.S. Probation Officer Sara Moore alleged that defendant violated the following conditions of supervised release:

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

1. Failing to report for urinalysis testing on June 16, 2011, and June 17, 2011, in violation of the special condition that he participate in a program for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing.

2. Failing to notify the probation office at least 10 days prior to any change in residence, in violation of standard condition 6.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing October 7, 2011 at 3:00 p.m. before District Judge Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 21st day of September, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2